UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD COZZIE and BARBARA COZZIE,<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF JOHN EDWARD BRENNOCK,<br><br>Defendant. | CIVIL ACTION 1:14-cv-06530<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**

NOW COME the Plaintiffs, DONALD COZZIE and BARBARA COZZIE ("Plaintiffs"), by and through their attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendant, LAW OFFICES OF JOHN EDWARD BRENNOCK ("Brennock") as follows:

**NATURE OF THE ACTION**

1. Plaintiffs bring this action for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Brennock conducts business in the Northern District of Illinois and all of the events or omissions giving rise to the claim occurred within the Northern District of Illinois.

1

**PARTIES**

4. Plaintiff Donald Cozzi is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. Plaintiff Barbara Cozzi is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

6. At all times relevant to the action, the Law Offices of John Edward Brennock was a professional corporation in the state of Illinois located at 39 South LaSalle Street, Suite 1025, Chicago, Illinois 60603.

7. Brennock is a "debt collector" as defined by the FDCPA, U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

**FACTS SUPPORTING CAUSE OF ACTION**

8. DBD, LLC ("DBD"), a landlord, has been attempting to collect a debt from Plaintiffs that originated from Plaintiffs' tenancy at 1440 Evergreen Avenue, Arlington Heights, Illinois 60004 ("subject property").

9. On July 31, 2014, Brennock filed a complaint in the Circuit Court of Cook County, Illinois against Plaintiffs. The case was captioned *DBD, LLC v. Donald Cozzie aka Don Cozzie and Barbara Cozzie aka Barb Cozzie*, case number 2014 M1 139383 ("Collection Case"). *See* Exhibit A, a true and correct copy of the July 31, 2014 complaint filed by Brennock in the Collection Case.

10. Brennock filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

11. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

12. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

13. Cases filed in the First Municipal District are identified by the abbreviation "M1."

14. Plaintiffs reside at 12309 Hansen Road, Unit 3, Hebron, Illinois 60034.

15. Hebron, Illinois is not located within Cook County, but in McHenry County.

16. The McHenry County Courthouse is the courthouse that serves the City of Hebron. *Id.*

17. The Richard J. Daley Center Courthouse is 75 miles from Plaintiffs' home.

18. In contrast, the McHenry County Courthouse is 10 miles from Plaintiffs' home.

19. In order for Plaintiffs to travel to the McHenry County Courthouse, they would have to drive on Illinois 47 South and then park in the convenient and free parking lot adjacent to the McHenry County Courthouse.

20. According to Google Maps, the trip should take about 14 minutes.

21. In order for Plaintiffs to travel to the Richard J. Daley Center, they must travel via Route 73 East to Interstate 94 East to Chicago and make the trek to court after expending money for parking.

22. According to Google Maps, this trip will take 1 hour and 25 minutes excluding the time spent in traffic, locating parking, and actually making the trek to the Richard J. Daley Center.

23. The courthouse closest to Plaintiffs' home is the McHenry County Courthouse.

**COUNT I -- VIOLATION OF THE FDCPA**

24. Plaintiffs repeat and reallege paragraphs 1 through 23 as though fully set forth herein.

25. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

26. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action or where the contract that gives rise to the claim was executed.

27. The closest courthouse to Plaintiffs is the McHenry County Courthouse. The underlying agreement that gave rise to the debt was not signed in the First Municipal District where the Collection Case was filed.

28. Brennock violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 65 miles further from Plaintiffs' home than the McHenry County Courthouse.

29. It can be reasonably inferred that Brennock sued Plaintiffs at a remote courthouse in order to discourage them from appearing and defending the Collection Case.

INTENTIONALLY LEFT BLANK

WHEREFORE, Plaintiffs, DONALD COZZIE AND BARBARA COZZIE, respectfully request that this Honorable Court enter judgment in their favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiffs statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiffs costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: August 23, 2014                    Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181