# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DONALD COZZIE and BARBARA COZZIE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) No. 1:14-cv-06530 |
| v. | ) Honorable Judge Manish S. Shah |
| | ) |
| | ) Magistrate Judge Sheila M. Finnegan |
| LAW OFFICES OF JOHN EDWARD | ) |
| BRENNOCK | ) |
| | ) |
| Defendant, | ) |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the Plaintiffs, DONALD COZZIE and BARBARA COZZIE ("Plaintiffs"), by and through their attorneys, SULAIMAN LAW GROUP, LTD., and  in support of Plaintiffs' stipulation of dismissal, stating as follows:

Plaintiffs, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of their claims against the Defendant with prejudice. Each party shall bear their own costs.

Dated: November 3, 2014                              Respectfully Submitted,


                                                     /s/ Mohammed O. Badwan
                                                     Mohammed O. Badwan, Esq. ARDC#6299011
                                                     Counsel for Plaintiffs
                                                     Sulaiman Law Group, LTD
                                                     900 Jorie Blvd, Ste 150
                                                     Oak Brook, IL 60523
                                                     Phone (630)575-8181
                                                     Fax: (630)575-8188